**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ACCOUNTABILITY FBI, INC., <br> 2337 Magazine St. Unit D <br> New Orleans, LA 70130 <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, <br> 950 Pennsylvania Avenue, NW <br> Washington, DC 20530-0001 <br><br> Defendant. | Civil Action No. 26-2608 |

## COMPLAINT

Plaintiff Accountability FBI, Inc. ("Plaintiff") brings this action against Defendant U.S. Department of Justice ("DOJ") to compel compliance with the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). As grounds therefor, Plaintiff alleges as follows:

### JURISDICTION AND VENUE

1.  Jurisdiction is conferred on this Court by 28 U.S.C. § 1331, as this action arises under 5 U.S.C. § 552(a)(4)(B).

2.  Venue is proper in the District of Columbia pursuant to 28 U.S.C. § 1391(e) and 5 U.S.C. § 552(a)(4)(B).

### PLAINTIFF

3.  Plaintiff is a non-profit organization incorporated in Louisiana with a principal place of business in New Orleans, LA. The specific objectives and purposes of the Plaintiff are to provide for greater public accountability of the Federal Bureau of Investigation ("FBI"), DOJ, and other

government entities, and educate the public about them, through public transparency of those institutions by providing legal services as follows: 1) representing FBI whistleblowers in making protected disclosures of government wrongdoing under 5 U.S.C. § 2303 or under the First Amendment to the U.S. Constitution; 2) litigating cases involving FBI employees' constitutional and due process rights which may set precedent to protect future whistleblowers; 3) making FOIA requests of the FBI, DOJ, and other government entities, and litigating those requests that are denied or redacted, as appropriate, for public dissemination of the information obtained; and 4) providing other services that will further transparency and accountability of government entities and officials, and educate the public about them.

## **DEFENDANT**

4.        Defendant U.S. Department of Justice ("DOJ") is a federal agency headquartered in Washington, DC. DOJ is a federal agency within the meaning of 5 U.S.C. § 552(f)(1), located at 950 Pennsylvania Avenue NW, Washington, DC, 20530. The FBI is a component of DOJ. Thus, upon information and belief, DOJ, through its component, has possession, custody, and control of the records, within the meaning of 5 U.S.C. § 552(f)(2), to which the Plaintiff seeks access.

## **FACTS**

### A.  PUBLIC REPORTS ABOUT FBI AGENT INVOLVED SHOOTING

5.        According to a press report, FBI special agent Benjamin Spinale was convicted of two misdemeanors but not sentenced to any jail time after he was accused of shooting and killing a neighbor in Stafford County, Virginia. Spinale faced four misdemeanor charges for allegedly pulling his gun on his neighbors. Prosecutors also said he previously pulled a gun on a puppy and a group of teens. Drew Wilder, *FBI agent accused of killing of Virginia neighbor gets no jail time for gun incidents*, NBC 4 Washington (Oct. 20, 2025), available at https://www.nbcwashington.com/news/local/fbi-agent-accused-of-killing-of-neighbor-gets-no-jail-

time-for-gun-incidents/4004231/ (last accessed July 23, 2026).

6.      Virginia court records confirm that on October 16, 2025, Benjamin Spinale pleaded

no contest to two misdemeanor counts of pointing/brandishing a firearm.

### B. PLAINTIFF'S FOIA REQUEST TO FBI ABOUT BENJAMIN SPINALE.

7.      On October 29, 2025, the Plaintiff submitted a FOIA request to the FBI for the

following records:

> Request records of any and all disciplinary or administrative action taken against Benjamin Spinale, as a consequence of his conduct resulting in criminal charges, including two misdemeanor convictions, in Stafford County, Virginia. According to media reports, Spinale shot and killed a military veteran during February 2025, and he previously pulled a gun on a puppy and a group of teens. Spinale recently accepted a plea deal in which he pleaded no contest to two charges. Media reports indicate that the FBI opened its own investigation into Spinale, who had been an FBI special agent for about 13 years, but the FBI did not respond to requests for information about the status of the investigation. See Drew Wilder, FBI agent accused of killing of Virginia neighbor gets no jail time for gun incidents, NBC Washington (Oct. 20, 2025) available at https://www.nbcwashington.com/news/local/fbi-agent-accused-of-killing-of-neighbor-gets-no-jail-time-for-gun-incidents/4004231/ (last accessed Oct. 29, 2025). Requested records include, but are not limited to, investigative files, Office of Professional Responsibility ("OPR") records, and any records of other administrative action taken against Spinale, such as placement on administrative leave, suspensions from duty, and withdrawal or suspension of his authority to carry a firearm.

8.      On November 5, 2025, the FBI responded to the Plaintiff's request, assigning it

Request Number 1697895-000. The FBI denied the Plaintiff's request as follows:

> You have requested records on one or more third party individuals. Please be advised the FBI will neither confirm nor deny the existence of such records pursuant to FOIA exemptions (b)(6) and (b)(7)(C), 5 U.S.C. §§ 552 (b)(6) and (b)(7)(C). The mere acknowledgement of the existence of FBI records on third party individuals could reasonably be expected to constitute an unwarranted invasion of personal privacy. This is our standard response to such requests and should not be taken to mean that records do, or do not, exist. As a result, your request has been closed.

9.      On January 8, 2026, the Plaintiff filed an administrative appeal of the FBI's decision

with DOJ. It was assigned Appeal Number A-2026-00486.

10.     On January 9, 2026, DOJ acknowledged receipt of the Plaintiff's appeal.

3

11.     Since then the Plaintiff has not received any further communications or records from DOJ in response to the request or appeal.

**COUNT ONE**

**Violation of FOIA, 5 U.S.C. § 552**

12.     The foregoing allegations are re-alleged and incorporated herein by reference.

13.     DOJ is an agency of the federal government within the meaning of 5 U.S.C. § 552(f).

14.     The FBI is a component of DOJ.

15.     On October 29, 2025, the Plaintiff filed a request for records with the FBI.

16.     On November 5, 2025, the FBI denied the request pursuant to FOIA Exemptions 6 and 7(C), 5 U.S.C. §§ 552(b)(6), (7)(C).

17.     The Plaintiff filed an administrative appeal of the FBI's denial of its request on January 8, 2026, and DOJ acknowledged receipt of that appeal on January 9, 2026.

18.     The Plaintiff has not received a determination of its appeal or any further communications or records from DOJ in response to the request or appeal.

19.     FOIA establishes a 20-day deadline, excepting Saturdays, Sundays, and legal public holidays) by which a federal agency must make a determination with respect to any administrative appeal regarding a request for records made pursuant to the statute. 5 U.S.C. § 552(a)(6)(A)(ii).

20.     Pursuant to 5 U.S.C. § 552(a)(6)(C)(i), because DOJ failed to comply with the time limit and requirements set forth in 5 U.S.C. § 552(a)(6)(A)(ii) (i.e., failed to make a determination with respect to any appeal), the Plaintiff is deemed to have exhausted any and all administrative remedies with respect to its FOIA request.

21.     By failing to make a determination within the statutory time period and failing to release all responsive, non-exempt records, DOJ has violated FOIA. See 5 U.S.C. § 552(a)(3)(A).

## **RELIEF**

WHEREFORE, Plaintiff respectfully requests relief as follows:

22.    An injunction requiring DOJ to produce, by a date certain, all records responsive to Plaintiff's FOIA request.

23.    Costs and reasonable attorney fees.

24.    Such other relief as this Court deems just and equitable.

Respectfully Submitted,

July 23, 2026

*/s/ Michael S. Zummer*
Michael S. Zummer
(Bar ID LA0013/La. Bar No. 31375)
2337 Magazine St. Unit D
New Orleans, LA 70130
Telephone: (504) 717-5913
E-mail: afbilitigation@gmail.com
*Counsel for Plaintiff*